Chief Magistrate Judge Mary Alice Theiler

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 19 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                        DEP

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ14-245 |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION FOR DETENTION |
| KESHAV MUKUND BHIDE, | |
| Defendant. | |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves a serious risk the defendant will flee.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required and the safety of any other person and the community.

//
//
//

MOTION FOR DETENTION- BHIDE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970


3. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing after a continuance of 3 days.

DATED this 19th day of June, 2014

Respectfully submitted,
JENNY A. DURKAN
United States Attorney

*/s/ Rebecca S. Cohen*
REBECCA COHEN
Assistant United States Attorney

MOTION FOR DETENTION- BHIDE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970