AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br>**KESHAV MUKUND BHIDE**<br><br>_Defendant_ | ) ) ) ) ) ) ) Case No. **MJ 14-245**<br><br>___ FILED  ___ ENTERED<br>___ LODGED  ___ RECEIVED<br><br>**JUN 26 2014**   PM<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>BY _____ DEPUTY |

*CERTIFIED TRUE COPY ATTEST: WILLIAM M. McCOOL Clerk, U.S. District Court Western District of Washington By _____ Deputy Clerk*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   **KESHAV MUKUND BHIDE**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

INTERSTATE THREATS, Transmission of Threats to Injure in Interstate Commerce, in violation of Title 18, United States Code, Section 875(c)

Date: **June 18, 2014**

_Issuing officer's signature_

City and state:   Seattle, Washington

Chief Magistrate Judge Mary Alice Theiler
_Printed name and title_

### Return

This warrant was received on _(date)_ **6/18/14**, and the person was arrested on _(date)_ **6/19/14**
at _(city and state)_ **Seattle, WA**

Date: **6/26/14**

Priority filed w/ USMs
on 6/19.

_Arresting officer's signature_

SA J. Matthew Yeager
_Printed name and title_