Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>KESHAV MUKUND BHIDE,<br><br>　　　　Defendant. | CASE NO. CR14-262-JLR<br><br>UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT<br><br>Noting Date: December 30, 2014 |

　　　　On September 17, 2014, the Grand Jury in the United States District Court for the Western District of Washington issued an Indictment charging Defendant Keshav Bhide with the interstate transmittal of threats to cause serious physical injury or death to women, in violation of 18 U.S.C. § 875(c).

　　　　Thereafter, the parties reached an agreement on a resolution with the following terms, most of which have already occurred:

- Defendant pleaded guilty in King County Superior Court to the state charge of cyberstalking, in violation of RCW 9.61.260, and was sentenced to a six month suspended sentence.

- Defendant stipulated to the allegations set forth in a Notice to Appear issued by the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), and was ordered removed from the United States by agreement.

- Defendant signed an agreement tolling the statute of limitations for the currently pending federal charges for a period of five years, such that the statute of limitations is now ten years.

- On December 24, 2014, Defendant departed the United States for India.

Pursuant to the parties' agreement, the United States is now moving to dismiss the pending federal charges without prejudice, with the understanding that if Defendant reenters or attempts to reenter the United States before the expiration of the statute of limitations, the Government may refile the charges. Counsel for Defendant has been consulted and has no objection to this motion.

Accordingly, the United States respectfully asks the Court to dismiss the Indictment without prejudice. A proposed form of order will be submitted herewith for the Court's consideration.

DATED this 30th day of December, 2014.

*/s/ Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-6526
Fax: 206-553-0882
Email: rebecca.cohen@usdoj.gov

UNITED STATES' MOTION TO DISMISS INDICTMENT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Katelyn R. Mitchell*
KATELYN R. MITCHELL
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-4161
Fax: 206-553-0882
Email: katelyn.mitchell@usdoj.gov